# EXHIBIT "D"



that due to high wind conditions, a couple of rides were shut down for the day, including the El Toro ride. We then terminated our efforts.

We resumed our efforts on Sunday, April 10, 2016, by returning to the park, again arriving at approximately 10:30 a.m., when the park opened. We entered the park, proceeded to the ride and again documented the many signs that are posted at the entrance to the ride. These signs all clearly document that there are no loose articles allowed on the ride, including phones, purses, water bottles, etc. It also clearly states that anyone that uses a phone or camera on the ride will be ejected from the park immediately.









We then continued with our efforts on Sunday, April 3, 2016, by returning to the park, as requested. We arrived at approximately 10:30 a.m. when the park opened. We walked up to the front gate to purchase tickets at this time. We spoke to the women at the booth and were informed

