# EXHIBIT "F"

# Robson Forensic
**THE EXPERTS**

## DANIEL DOYLE
## Amusement Park Expert

### PROFESSIONAL EXPERIENCE

2018 to present

**Robson Forensic, Inc.**
*Associate*
Provide technical investigations, analysis, reports, and testimony toward the resolution of commercial and personal injury litigation involving amusement ride failure analysis, maintenance, inspection, documentation, supervision, technician training, safety and certification procedures, evacuation procedures, and operational standards of care.

1996 to 2018

**SeaWorld California**
*Ride Maintenance Supervisor*                                        *2007-2018*
- Responsible for departmental training in all levels of safety procedures. Researched, organized and presented safety training classes. Administered and documented safety testing and certification
- Created inspection and maintenance Standard Operating Procedures (SOPs) for new rides, including creating testing materials for technicians
- Responsible for administering tests, record retention and certification documentation
- Revised existing inspection and maintenance SOPs to reflect changes in machinery or environment to align with company best practices and state regulations
- Performed field safety inspections at all related areas of the park and provided corrective action plans to address deficiencies
- Cooperated with third party inspectors and provided follow up and completion reports to the director of Plant Engineering
- Participated in safety audits at sister parks in California, Florida, Virginia and Pennsylvania
- Responsible for parts inventory, purchasing, vendor acquisition and original equipment manufacturer supplies
- Responsible for registering, maintaining and updating all departmental safety data sheet inventories. Worked in cooperation with environmental, health and safety departments to ensure adherence to state and company requirements
- Responsible for departmental personal protective equipment purchasing, training and inspection
- Responsible for interviewing, hiring, scheduling, supervising, task assignments, training and annual reviews of 30 direct reports
- Inspected, maintained, installed and repaired rides and attractions

# Robson Forensic
**THE EXPERTS**

## DANIEL DOYLE
### Amusement Park Expert

*Ride Maintenance Lead*                                                  *2003-2007*
- Inspected, maintained, installed and repaired rides and attractions
- Assigned supervision of specific ride areas. Responsible for timely completion of scheduled daily, weekly and monthly inspections
- Responsible for inventory availability and completion of annual as well as unscheduled ride maintenance
- Responsible for maintaining positive working relationships with other park departments
- Provided on the job training for new maintenance technicians. Supervised proficiency and recommended candidates for testing
- Provided input to supervisor for revisions to existing SOPs. Submitted material for testing and inspection
- Worked in cooperation with ride manufacturer representatives on annual ride inspections
- Ensured compliance with company standards regarding chemical acquisition, registration, use and storage
- Supervised outside contractors performing on-site work to ensure adherence to company safety standards
- Coordinated job tasks to ensure best use of time and labor
- Conducted annual job appraisals for direct reports

*Ride Mechanic*                                                  *1999-2003*
- Inspected, maintained, installed and repaired rides and attractions
- Repaired and inspected elevators and moving walkways in the park
- Performed daily inspections on rides, attractions, elevators and moving walkways
- Disassembled motors and their controls
- Worked on computer-controlled equipment
- Completed inspection and work order forms and cleaned ride areas
- Used micrometer, calipers, multimeters and other precise measuring devices
- Worked on and around high-pressure hydraulic systems
- Maintained and repaired gears, gearboxes and gear motors
- Worked with programmable logic computer controllers and variable frequency drives
- Disassembled and overhauled hydraulic and pneumatic power units, accumulators, and associated system controls
- Worked with low voltage electrical systems
- Performed basic plumbing and carpentry duties

# THE EXPERTS
# Robson Forensic

DANIEL DOYLE
Amusement Park Expert

*Filtration Mechanic II*                                                *1999*
- Responsible for maintaining salt water and fresh water animal life support systems throughout the park
- Monitored and documented all relevant animal containment facility criteria
- Performed manual filtration procedures and monitored/adjusted automated filtration procedures
- Ensured all water temperatures and chemical residuals were within established safety parameters
- Monitored animal welfare during off hours

*Filtration Mechanic*                                                   *1997-1999*
- Responsible for cleaning animal enclosures and decorative pools
- Conducted chemical delivery and inventory to park storage facilities
- Monitored automated animal pools and animal welfare during off hours

*Diver (part-time)*                                                     *1996-1997*
- Responsible for the maintenance and cleanliness of all large animal containment pools. Experienced in working in water temperatures ranging from ambient to 40°F
- Conformed with established SeaWorld and Professional Association of Dive Instructors (PADI) safety protocols for scuba diving with an emphasis on dry suit diving
- Responsible for inspection and upkeep of all related scuba equipment including high pressure tank inspection and filling
- Operation of high pressure hydraulic cleaning equipment

1994 to **Century 21 1ˢᵗ Choice Realty**
1995 *Realtor*
- Worked with real estate broker to set up a rental division. Responsible for selecting and recruiting property owners, managers, and independent owners of rental units to create a database of available units. Supervised staff of realtors to direct prospective renters to listed owners
- Listing agent for individual home sales

1992 to **Waldorf-Astoria Hotel**
1994 *Captain*
- Supervised serving staff in the Peacock Alley restaurant. Responsible for mise en place, preparation of prix fixe menu, organization of wait staff, tableside preparation and presentation of menu items, coordination of the degustation and wine menus

# Robson Forensic
**THE EXPERTS**

## DANIEL DOYLE
## Amusement Park Expert

1990 to  **Doral Hotels**
1992  *Manager*
- Manager of the dining rooms of three hotel restaurants in Murray Hill, New York City, New York. Responsible for scheduling, training and supervision of wait staff at the Doral Park Avenue, Doral Tuscany and Doral Court hotels

## PROFESSIONAL CREDENTIALS

AIMS Certified Operations Technician, Level I, 2004-2006, 2012, 2019
NAARSO Operations Certification Level I, 2019

Past Certifications:
AIMS (Amusement Industry Manufacturers and Suppliers) Certified Maintenance Technician, Level I, 2000-12, 2017
NAARSO (National Association of Amusement Ride Safety Officials) Certified Inspector, Level I, 2000-12, 2017

## CONTINUING EDUCATION

32nd Annual NAARSO Safety Forum, Old Dominion University, 2019
SeaWorld ASME ELP Visual Cylinder, PSI-PCI Inspector No. SW0002, 2014
Boating Education Safety Course, NASBLA, 2013
Cal/OSHA and SWSD Ride Maintenance Electrical Safety, 2013
Electrical Safe Work Practices Refresher, Llewellyn Technology, 2013
Cal/OSHA and NFPA Electrical Safety Standards, 2011
Cal/OSHA Electrical Safety Standards, 2009
Understanding and Managing Power Quality Electric Reliability and Power Quality Workshop, SDGE, 2009
Bearing Application Basics and Safety Training, NSK, 2008
Synthetic Lifting Products, Lift-It, 2007
Scaffold User Hazard Awareness Training, Scaffold Industry Association, 2005
Mobile Crane Operator Safety, NACB, 2004
Basic Industrial Electricity I and II, Llewellyn Technology, 2000
Open Water Diver Certification, PADI, 1995

## PROFESSIONAL MEMBERSHIPS

ASTM F24 Committee Member, 2018