# EXHIBIT "H"

*Owner of phone.*



**Six Flags Great Adventure**
**Security Department**
**Incident Report**

| Victim or Complainant's Name | SFGA | | | Incident Report Number | 408341 | | Page 1 of 3 |
|---|---|---|---|---|---|---|---|
| Street Address | PO Box 120 | | | Reporting Officer (Last, First, MI) Kanoc, Daniel, J | | Badge - ID # 0505 4435 | |
| City Jackson | | State NJ | Zip Code 08527 | Incident Ride Safety | | | |
| Sex | Race | Age | Telephone Number 732-928-2000 | Injury [X] YES [ ] NO | Location El Toro | | |

| Person Reporting Incident | Taylor, Matthew | Time Of Occurrence | | | | |
|---|---|---|---|---|---|---|
| Residence of Person Reporting Incident | Same As Above | Hour 14:15 | Day of Week Saturday | Month July | Day 5 | Year 2014 |

| City | | State | Zip Code | Type of Premises or Property Affected [X] COMPANY    [ ] PERSONAL | | |
|---|---|---|---|---|---|---|
| Sex M | Race | Age | Telephone Number 732-928-2000 | Occurred on View [X] YES [ ] NO | Was Force Used [ ] YES [X] NO [ ] UNKNOWN | |
| Time Reported 14:15 | Month July | Day 5 | Year 2014 | | Was a Weapon Used [ ] YES [X] NO [ ] UNKNOWN | |

Type of Conduct: [ ] SMOKING [ ] THEFT [ ] ALCOHOL [ ] DRUGS [ ] LANGUAGE [ ] FIGHTING [ ] DRESS [ ] DISORDERLY [ ] BEHAVIOR

| STATEMENTS | [ ] GUEST | [X] EMPLOYEE | Taylor, Matthew | |
|---|---|---|---|---|
| SEASON PASS HOLDER | [ ] YES | [X] No | Season Pass Confiscated | [ ] Yes [X] No |
| WAS THE ACTOR/ACTORS EJECTED | [X] YES | [ ] No | if NO, explain | |

| Codes | | | Complaint Received By | Notified / Released To | | Action Taken | |
|---|---|---|---|---|---|---|---|
| C - Complainant<br>J - Juvenile<br>S - Subject | V - Victim<br>W - Witness<br>F - Employee | | 1 - Radio<br>2 - Phone<br>3 - On View | 4 - Employee<br>5 - Guest<br>6 - Other | 1 - Police<br>2 - Parent<br>3 - Relative<br>4 - Friend | 5 - Chaperone<br>6 - Guardian<br>7 - Supervisor<br>8 - Other | ROR-In Park        RTA-In Park<br>ROR-Eject        RTA Eject<br><br>RTP (release to POLICE) |

| Number 1 | Code J | Last Name Volgado Street Female | First Name Mariana | | | Middle Initial F |
|---|---|---|---|---|---|---|
| Address 109 Sq | | | City DF | State Brazil | Zip Code | (Area Code) Phone Number 55-613-024-8350 |
| Race | Sex Female | | Age 14 | Date of Birth 7/20/1999 | Height | Weight |
| Social Security Number | | | Driver License Number | | | State |

| Notified 7 | Released To 6 | Action Taken RTA-Eject | Police Notified [ ] YES [X] NO | Officer | Badge # | Police Report # |
|---|---|---|---|---|---|---|

| Parent/Guardian contacted (check one) | [X] Yes [ ] No | Name Miranda, Juliano | Relation Guardian |
|---|---|---|---|
| Received consent to release (check one) | [X] Yes [ ] No | Time notified 15:26 | Time Released 15:30 |

**INCIDENT DESCRIPTION**                   FI Number: 109 LL 1043

On the above date and time while performing routine park patrol duty, this officer was approached by an employee (later identified as Taylor, Matthew, who stated that two guests were hit by another guest's phone as it flew out on the ride. Taylor described the guest as a girl who was wearing a red camp-affiliated t-shirt and blue jeans. A guest who also witnessed the incident who later identified as Campbell, Brett stated that while riding El Toro, he saw a white rectangle fly out from a guest seated in front of him, and saw his friend bleeding after it flew out. The

| Officer Name Printed Daniel Kanoc | | | | |
|---|---|---|---|---|
| Officer's Signature | Badge - ID # 0505 4435 | Date 7/5/14 | Supervisor Approval | Badge ID # | Date 7/12/14 |

## Incident Report Narrative

| Incident Report Number | Reporting Officer (Last, First, MI) | Badge / ID # | Page |
|---|---|---|---|
| 408391 | Kanoc, Daniel, S | 0505443S | 2 of 3 |

guest who later identified as Volgado, Mariana, who was wearing a red Forfun Tours group t-shirt and blue jeans, stated that her white Iphone 5 flew out of her possession while riding El Toro and was the white rectangle that struck the two guests behind her. Volgado was ejected for one year. Volgado was released to her guardian, Miranda, Juliano at 15:30. Fulltime Security Supervisor Feasler, Jim who was on property was notified.

| Officer's Signature | Badge / ID # | Date | Supervisor Approval | Badge / ID # | Date |
|---|---|---|---|---|---|
| | 0505443S | 7/5/14 | | | 7/12/14 |