UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EVAN HUZINEC,<br><br>     Plaintiff,<br><br>v.<br><br>SIX FLAGS GREAT ADVENTURE, LLC, et al.,<br><br>     Defendants.<br><hr>SIX FLAGS GREAT ADVENTURE, LLC,<br><br>     Third-Party Plaintiff,<br><br>v.<br><br>FOR FUN TOURS, CELEBRATION TOURS AND TRAVEL, INC., WILKER GOMES, JULIANO MIRANDA, and MARIANA VOLGADO,<br><br>     Third-Party Defendants. | Civil Action No. 3:16-cv-02754-FLW-DEA<br><br>**ORDER** |

**THIS MATTER** having been opened by the Court on its own motion; it appearing that the Court granted summary judgment on all claims on April 15, 2021, and dismissed Plaintiff Evan Huzinec's Complaint, *see* ECF Nos. 95-96; it appearing that, at the same time, the Court directed Defendants Six Flags Great Adventure, LLC, Six Flags Entertainment Corporation, and Six Flags Theme Parks, Inc., to withdraw their Third Party Complaint within five (5) days or else the Court would dismiss it *sua sponte*; it appearing that Defendants did not do so; for the reasons set forth in the Opinion and Order dated April 15, 2021, and for good cause shown,

**IT IS** on this 18th day of May 2021,

1

**ORDERED** that Defendants' Third Party Complaint is **DISMISSED**.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. Chief District Judge